AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2939 E. Matterhorn Dr. Flagstaff, Arizona 86004, a single-family residence; 2001 Audi A6 Arizona License Plate LFK219, a vehicle; 2007 Toyota 4Runner Arizona License Plate FLRTRKR, a vehicle; and 1996 Nissan Truck Arizona License Plate 909AZY, a vehicle. | ) ) ) ) ) ) ) Case No. 21-4338mb |

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 0 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Arizona___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   ___November 22, 2021___   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   ___any U.S. Magistrate Judge on duty in AZ___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Sworn telephonically
and signed electronically: _____

*Camille D. Bibles*  Digitally signed by Camille D. Bibles
Date: 2021.11.08 09:09:12 -07'00'

*Judge's signature*

City and state:   ___Flagstaff, Arizona___     Hon. Camille D. Bibles
United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 21-4338mb | Date and time warrant executed: 11/9/2021 ~ 10:20am | Copy of warrant and inventory left with: John Lopez |
| Inventory made in the presence of: John Lopez |||
| Inventory of the property taken and name of any person(s) seized: See attached 3 pages of inventory of seized property. |||

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/7/2021

*Executing officer's signature*

Grant Nixon, Special Agent
*Printed name and title*